B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Hawaii | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>AMRO-ASIAN TRADE, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>94-3261111 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1136 UNION MALL, SUITE 618 & 518<br>HONOLULU, HI<br>ZIP CODE 96813 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Importer Distributor<br><br>Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                                Nonmain Proceeding<br><br>Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>-------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X _[signature]_
Signature of Attorney for Debtor(s)
**JERROLD K. GUBEN, ESQ.**
Printed Name of Attorney for Debtor(s)
**O'Connor Playdon & Guben LLP**
Firm Name
**733 Bishop Street, Suite 2400**
Address **Honolulu, HI 96813**

**(808) 524-8350; jkg@opglaw.com**
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual
**MAHBUB ALAM SIDDIQUI**
Printed Name of Authorized Individual
**PRESIDENT**
Title of Authorized Individual
**09/16/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 4 (12/07)  UNITED STATES BANKRUPTCY COURT – DISTRICT OF HAWAII

| Debtor: **AMRO-ASIAN TRADE, INC.** | Case No. (if known): <br> Chapter 11 |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) <br> Name of creditor and complete mailing address including zip code | (2) <br> Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) <br> Nature of claim (trade debt, bank loan, government contract, etc.) | (4) <br> Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) <br> Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1  Conley Rose P.C <br> JPMprgan Chase Tower <br> 600 Travis Street, Suite 7100 <br> Houston, TX 77002 | Charles Rogers <br> Tel No. (713) 238-8049 | Legal Fees | | $897,518.46 <br> (retainer held and not used: $150,000) |
| 2  HOGAN & HARTSON LLP <br> 1999 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067 | George W. Mayo <br> Tel No. (202) 637-5600 | Legal Fees | | $48,146.27 |
| 3  Seth M. Reis, AAL ALLC, <br> 3770 Lurline Drive <br> Honolulu, HI 96813 | Seth Reis <br> Tel No. (808) 521-7080 | Legal Fees | | $3,071.43 |
| 4  Perkins Coie LLP <br> 1888 century Park St, Ste 1700 <br> Los Angeles, CA 90097 | Grant Kinsel <br> Tel No. (310) 788-9900 | Legal Fees | Disputed | $20,888.82 |
| 5  O'Connor Playdon & Guben LLP <br> 733 Bishop Street, 24th Floor <br> Pacific Guardian Center, Makai Twr <br> Honolulu HI 96813 | Jerrold K. Guben <br> Tel No: 524-8350 | Legal Fees | | $14,263.44 |
| 6  HAWAII ISLES WATER CO <br> 1027 Kikowaena Place <br> Honolulu, HI 96813 | Tel No. (808) 836-0316 | Purified Water Bottle and Dispenser | | $40.84 |
| 7  AT&T Inc. <br> 175 E. Houston St. <br> P.O. Box 2933 <br> San Antonio, TX 78299-2933 | | Long Distance Telephone & Tell Free Number | | $117.56 (Est.) |
| 8  YAHOO Inc <br> Small Business Account <br> Internet StoreYahoo! Inc. <br> 701 First Avenue <br> Sunnyvale, CA 94089" | | Yahoo Online E-Commerce Store | | $99.95 |
| 9  UPS <br> P.O. Box 650580 <br> Dallas, TX 75265 | | UPS Pick-up and delivery | | $150.00 (Est.) |
| 10  SBM Co., Ltd. <br> 6F, Hyunwoo Blvd., 206 <br> Anyang7-dong, Manan-Gu <br> Anyang City, Korea 430-817 | Choi G. <br> Tel No. 82-31-429-0789 | Equipment Supplier in Korea | Disputed | $366,704.70 |

Debtor: **AMRO-ASIAN TRADE, INC.**

Case No. (if known):

Chapter 11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11 Cummins-Allison Corp. 852 Freehanville Drive Mt. Prospect, IL 60056 | Bill Jones Tel. No. (847) 299-9550 | Judgment | Contingent | $12,875,787 |
| 12 FIRST DATA-Merchant Card Processing PO Box 5180 Simi Valley, CA 93062 | | Business Credit Card Processing | | $30.00 (est) |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: September 16, 2010

/s/ _____
Signature

Mahbub Alam Siddiqui, President and CEO
Print Name and Title

# MINUTES OF SPECIAL MEETING OF THE BOARD OF DIRECTOR
# OF
# AMRO-ASIAN TRADE, INC

The Special Meeting of the Board of Director(s) of Amro-Asian Trade, Inc, a Hawaii corporation ("Company"), was held. Present at the meeting was:

Mahbub Alam Siddiqui, President

The Director reviewed the financial condition of the Company and legal proceedings in which the Company has been named as a party. After reviewing the financial condition of the Company and the pending litigation, the Board of Director agreed that the Company could not pay its debts as they mature. Based upon the Discussion, the sole Director unanimously resolved as follows:

RESOLVED, that the appropriate Director of the Company be authorized and directed to file a Voluntary Petition in the appropriate Court on behalf of the Company seeking relief under Chapter 11 of the United States Bankruptcy Code, Title 11 of the United States Code. Said Director was further authorized to execute said documents and to take such actions as may be necessary or appropriate to effectuate a plan of reorganization for the Company. Said officer is further authorized to employ Jerrold K. Guben of O'Connor Playdon & Guben LLP, as bankruptcy counsel for representation in the bankruptcy proceedings.

FURTHER RESOLVED, that Mahbub Alam Siddiqui is authorized as the Responsible Person, to execute documents and to take actions as may be necessary or appropriate to effectuate a plan of reorganization for the Company.

DATED: Honolulu, Hawaii, Sep 16th, 2010

By _____
Mahbub Alam Siddiqui
Its President

AT&T INC.
175 E. HOUSTON ST.
P.O. BOX 2933
SAN ANTONIO, TX 78299-2933


CONLEY ROSE P.C
JPMORGAN CHASE TOWER
600 TRAVIS ST. STE 7100
HOUSTON, TX 77002


CUMMINS-ALLISON CORP.
852 FREEHANVILLE DRIVE
MT. PROSPECT, IL 60056


FIRST DATA
MERCHANT CARD PROCESSING
PO BOX 5180
SIMI VALLEY, CA 93062


HOGAN & HARTSON LLP
1999 AVENUE OF THE STAR, SUITE 1400
LOS ANGELES, CA 90067


HAWAII ISLES WATER CO
1027 KIKOWAENA PLACE
HONOLULU, HI 96813


O'CONNOR PLAYDON & GUBEN LLP
733 BISHOP STREET, 24TH FLOOR
PACIFIC GUARDIAN CENTER, MAKAI TOWER
HONOLULU, HI 96813

PERKINS COIE LLP
1888 CENTURY PARK ST, STE 1700
LOS ANGELES, CA 90097


SBM CO., LTD
6F, HYUNWOO BLVD., 206
ANYANG7-DONG, MANAN-GU
ANYANG CITY, KOREA 430-817


SEITH M. REIS, AAL ALLC.
3770 LURLINE DRIVE
HONOLULU, HI 96813


UPS
PO BOX: 650580
DALLAS, TX 75265


YAHOO INC
SMALL BUSINESS ACCOUNT
INTERNET STOREYAHOO! INC.
701 FIRST AVENUE
SUNNYVALE, CA 94089

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Mahbub Alam Siddiqui, the Responsible Person of AMRO-ASIAN TRADE, INC., named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing *Mailing Matrix*, and that it is true and correct to the best of my information and belief.

DATED: Honolulu, Hawaii, September 16, 2010.

AMRO-ASIAN TRADE, INC.

By: /s/ Mahbub Alam Siddiqui
MAHBUB ALAM SIDDIQUI
Its President and CEO